# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Herbert Anthony Bines,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00340-FDW |
| | ) | 3:09-cr-00169-FDW |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2017 Text-Only Order.

June 2, 2017

Frank G. Johns, Clerk
United States District Court